UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRICK U DENNIS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SCANLAN THEODORE AMERICAS, LLC.,<br>Defendant. | Case No. 1:18-cv-07105-NGG-ST<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Queens, New York
         March 11, 2019

Respectfully submitted,

By: _____
Jonathan Shalom, Esq.
SHALOM LAW, PLLC.
Phone: (718) 971-9474
Email: Jshalom@JonathanShalomLaw.com
*Attorneys for Plaintiff*


By: _melinda robertson_____
Melinda Robertson
Scanlan Theodore Americas, LLC