

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DERRICK U DENNIS, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

SCANLAN THEODORE AMERICAS, LLC.,
Defendant.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 14 2019 ★

BROOKLYN OFFICE

Case No. 1:18-cv-07105-NGG-ST

**STIPULATION OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Queens, New York
         March 11, 2019

                                              Respectfully submitted,

                                              By: _____
                                              Jonathan Shalom, Esq.
                                              SHALOM LAW, PLLC.
                                              Phone: (718) 971-9474
                                              Email: Jshalom@JonathanShalomLaw.com
                                              *Attorneys for Plaintiff*


                                              By:_____
                                              Melinda Robertson
                                              Scanlan Theodore Americas, LLC

So ordered,
s/NGG, USDJ
3/13/19