UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRICK U DENNIS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SCANLAN THEODORE AMERICAS, LLC.,<br><br>Defendant. | Docket No: 1:18-cv-07105-NGG-ST<br><br>**PLAINTIFF MOTION TO REMOVE/SEAL INCORRECTLY FILED DOCUMENT** |

Plaintiff DERRICK U DENNIS, by and through counsel, respectfully requests that an Order be granted to Remove or Seal Docket #8 filed on March 6, 2019 from the Docket on the grounds that the document was incorrectly filed.

While electronically filed as a Notice of Settlement, Plaintiff inadvertently included the incorrect document instead of the correct and intended Notice of Settlement informing the Court a Settlement had been finalized. The inadvertently filed document should have thus been lodged under Seal.

Therefore, Plaintiff respectfully requests the court to Seal the inadvertently and incorrectly filed Document #8 filed on March 6, 2019 from the ECF system and provide leave for the undersigned to re-file the correct Notice of Settlement Document.

Respectfully submitted,

By: /s/*Jonathan Shalom*
Jonathan Shalom, Esq.
Jshalom@JonathanShalomLaw.com
124-04 Metropolitan Avenue
Kew Gardens, NY 11415
Tel: (718) 971-9474
**ATTORNEYS FOR PLAINTIFF**

Dated:   Queens, New York
April 10, 2019